544

438 A.2d 623

Commonwealth v. Brown, Appellant.

Sub-mitted May 22, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 624

Commonwealth v. Buckwalter, Appellant.

Argued February 3, 1981. Henry C. Haefner, for appellant; Michael H. Ranck, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

POPOVICH, J., dissented.